IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN PAUL ADAMS                                                                    PLAINTIFF

v.                                              Case No. 4:14-CV-04117

HEMPSTEAD COUNTY; HEMPSTEAD
COUNTY QUORUM COURT; COUNTY
JUDGE WALLACE MARTIN; COUNTY
CLERK SANDRA ROGERS; SHERIFF JAMES
SINGLETON; CAPTAIN JOHNNY GODBOLT;
LIEUTENANT HEATH ROSS; SGT. CECILA
BLAND; OFFICER MAX FIELD; and OFFICER
CODY AARON                                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2015, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 9).  Judge Bryant recommends certain Defendants be dismissed from this action pursuant

to 28 U.S.C. § 1915A(a).

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation

*in toto*.  Accordingly, the Court finds that Judge Martin, Hempstead County, Hempstead County

Quorum Court, County Clerk Sandra Rogers, Captain Johnny Godbolt, Lieutenant Heath Ross, and

Sergeant Cecila Bland all be dismissed from this action pursuant to 28 U.S.C. § 1915A(a).

Plaintiffs' claims against Defendants Sheriff James Singleton, Officer Max Field, and Officer Cody

Aaron may proceed.

**IT IS SO ORDERED**, this 13th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge