IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**STEVEN PAUL ADAMS**     **PLAINTIFF**

v.     Civil No. 4:14-cv-04117-BAB

**SHERIFF JAMES SINGLETON,** *et al*     **DEFENDANTS**

## ORDER

BEFORE the Court is Plaintiff's Motion to Compel (ECF No. 5). This Motion was filed before Defendants were ordered to answer. Defendants have not responded. After review of the motion, I find as follows:

Plaintiff seeks to "compel" defendants to produce certain documents and other tangible items. This Motion is not an appropriate form of discovery. A party may serve requests to produce on an opposing party in accord with FED. R. CIV. P. Rule 34. The Motion to Compel (ECF No. 5) is **DENIED**. A motion to compel should only be filed after service of a request for production or other discovery request has been made and the opposing party has failed to respond.

The Clerk is also directed to provide Plaintiff with an additional copy of the Court's Prisoner Litigation Guide which explains how Plaintiff should conduct this litigation, including but not limited to conducting Discovery. **Plaintiff is advised that failure of Plaintiff to comply with the Prisoner Litigation Guide may result in dismissal of this case.**

**ENTERED** this **16th day of April 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE