IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN PAUL ADAMS                                                                                    PLAINTIFF

        v.                         Civil No. 4:14-cv-04117

SHERIFF JAMES SINGLETON;
OFFICER MAX FIELD;
and OFFICER CODY AARON                                                                         DEFENDANTS

### ORDER

Plaintiff Steven Adams filed this case *pro se* pursuant to 42 U.S.C. § 1983 on September 12, 2014. ECF No. 1. Before the Court is Plaintiff's witness list. ECF No. 28.

Because Plaintiff proceeds *in forma pauperis*, I will issue all witness subpoenas on Plaintiff's behalf. In order to do so Plaintiff must provide the following information with respect to each witness: (1) name; (2) address; (3) identification (for example, former cell-mate); (4) prisoner number (if the witness is a prisoner and the number is known); (5) a very brief description of the expected testimony; and (6) an estimate of the length of time each witness will testify.

Plaintiff did not include this information with his list of witnesses. Accordingly Plaintiff is **DIRECTED** to supplement his witness list with the above listed information by **Friday, April 18, 2016**.

**IT IS ORDERED** this 4th day of March 2016.

                                                   /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE