IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVEN PAUL ADAMS                                                                                     PLAINTIFF

v.                                                    Civil No. 4:14-cv-04117

SHERIFF JAMES SINGLETON;
OFFICER MAX FIELD;
and OFFICER CODY AARON                                                                         DEFENDANTS

## WITNESS ORDER

This is a civil rights action filed *pro se* by the Plaintiff, Steven Paul Adams, pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated at the Arkansas Department of Correction Varner Unit ("ADC"). This matter is set for a bench trial on April 14, 2016. Plaintiff submitted a witness list to the Court on March 16, 2016. ECF No. 36.

Because Plaintiff proceeds *in forma pauperis*, the Court will issue and serve all writs and subpoenas for Plaintiff's trial witnesses that it deems appropriate. Plaintiff requests the Court to subpoena the following witnesses: Lt. Heath Ross (jail employee), Sgt. Cecila Bland (jail employee), Shawn Michael Morrow (former inmate on parole in Hope, Arkansas), and David Moses Jr. (ADC inmate).

The Court will not subpoena Lt. Heath Ross or Sgt. Cecila Bland. These witnesses are employees or former employees of Hempstead County Detention Center. For this reason the Court requests the Defendants to produce Heath Ross and Cecila Bland without the issuance of a subpoena. If Defendants are unable to produce either of these individuals, they are asked to notify the Court and file under seal each witness's last known address and phone number no later than **Friday, March 31, 2016.**

1

The Court will not subpoena Shawn Michael Morrow because the expected testimony is duplicative.

The Court will issue a writ for David Moses Jr. to be brought to the trial in this matter by the Arkansas Department of Correction Varner Unit by separate order.

**IT IS SO ORDERED** this 29th day of March 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE