IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**STEVEN PAUL ADAMS**                                                            **PLAINTIFF**

v.                                 Civil No. 4:14-cv-04117

**SHERIFF JAMES SINGLETON;**
**OFFICER MAX FIELD;**
**and OFFICER CODY AARON**                                      **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, all claims against Defendants are dismissed, with prejudice, and Judgment for Defendants is hereby entered.

**DATED this 10th day of May 2016.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE